

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-22-00348-CV

Isabel Carolina **VAZQUEZ**,
Appellant

v.

**SACATAR PROPERTIES**,
Appellee

From the County Court at Law No. 2, Guadalupe County, Texas
Trial Court No. 2022-CV-0071
Honorable Kirsten Legore, Judge Presiding

PER CURIAM

Sitting:     Irene Rios, Justice
            Beth Watkins, Justice
            Liza A. Rodriguez, Justice

Delivered and Filed: August 3, 2022

DISMISSED

Appellant appeals from the trial court's judgment awarding possession of real property to appellee Sacatar Properties in a forcible detainer action. The trial court signed the judgment on May 4, 2022. The notice of appeal was due June 3, 2022. *See* TEX. R. APP. P. 26.1. Although appellant filed a notice of appeal within the fifteen-day grace period allowed by Rule 26.3, she did not file a motion for extension of time. *See* TEX. R. APP. P. 26.3.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace

period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

Therefore, on June 29, 2022, we ordered appellant to file a written response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. We cautioned that if appellant failed to respond within the time provided, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order). Appellant has not responded to our order. Accordingly, we dismiss this appeal. *See id.*

PER CURIAM